**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., *et al.*, : : : Plaintiffs, : : v. : : BIOVAIL CORPORATION, *et al.*, : : Defendants. : | Civil Action No. 04-2235 (JR) |

### **ORDER**

For the reasons stated in the accompanying memorandum, the defendants' motions for summary judgment [32, 33] are **granted**.  The case is hereby **dismissed**.


JAMES ROBERTSON
United States District Judge